TOWER LEASING CO., INC., Appellant, *v.* 11 WEST 42ND STREET, INC., Respondent.

Argued March 4, 1953; decided April 16, 1953.

*Ralph Stout* and *Benjamin Jaffe* for appellant.
*Louis Okin* and *Sidney B. Moskovitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.